**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x
MELCHION WEE-ELLIS, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

OAKNECK HOLDINGS, LLC

        Defendant.

------------------------------------- x

Case no. 2:25-cv-1650-JMA-ARL

NOTICE OF MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, Melchion Wee-Ellis hereby move, at a date and time to be set by the Court, before the Honorable Joan M. Azrack, at the Courthouse for the Eastern District of New York, located at 100 Federal Plaza Central Islip, NY 11722, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: July 25, 2025

Respectfully Submitted,

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ Michael H. Cohen**

By: Michael H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
C: +1 (917) 437-3737
O: +1 (844) 731-3343
Email: mcohen@ealg.law